GARY M. RESTAINO
United States Attorney
District of Arizona

MARGARET PERLMETER
Arizona State Bar No. 024805
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Margaret.Perlmeter@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-22-1507-PHX-SPL |
|---|---|
| Plaintiff, | **JOINT PROPOSED VOIR DIRE QUESTIONS** |
| v. | |
| (1) Shane Killian Burns, | |
| (2) Christina Danielle Patacky-Beghin, | |
| Defendants. | |

The parties have conferred and jointly submit two supplemental questions incorporated as Questions 7(e) and 7(f) of the Court's Criminal Voir Dire Questions. The parties do not object to the Court's Criminal Voir Dire questions.

**CRIMINAL VOIR DIRE QUESTIONS**

1. <u>Statement of the Case</u>

    a. Have any of you read or heard anything about this case from any source whatsoever?

    b. Given this brief description of the facts, is there anything about this case that would cause you to believe that you could not consider the evidence fairly and impartially according to the law?

2. <u>Government</u>

    a. Counsel for the government please stand.

   b. The United States of America is represented by Margaret Perlmeter, Assistant United States Attorney.

   c. Do any of you know counsel, or the United States Attorney, or any of the employees in the United States Attorney Office on any basis, social, professional or otherwise?

   d. Counsel, please introduce your investigator.

   e. Do any of you know the investigator or any employees of his/her office on any basis, social, professional or otherwise?

3. <u>Defendants</u>

   a. Defendants and Defendants' Counsel please stand.

   b. The Defendants in this case are Shane Killian Burns and Christina Danielle Patacky-Beghin. Mr. Burns is represented by Larry Kazan and Ms. Patacky-Beghin is represented by Jason Squires

   c. Do any of you know these individuals on any basis, social, professional or otherwise?

   d. Do any of you know any of the employees in counsel's office on any basis, social, professional or otherwise?

4. <u>Jurors</u>

   a. Did anyone among this jury panel know each other, or work together or serve on jury panels together before assembling here today?

5. <u>Time Qualify & Hardship</u>

   a. I expect to conduct trial on these dates and times:

   b. Would the length of the trial create an undue hardship for any of you?

   c. Does anyone have any problem with vision, hearing, or anything that would cause you to have difficulty from observing and sitting for long periods of time?

   d. Do any of you have any other physical difficulty, health problems, or home problems that might interfere with your ability to serve as a juror in this case?

6. <u>Witnesses and Third Parties</u>

    a. During the trial of this case, witnesses may be called to testify on behalf of the parties. Do any of you know or have you ever heard of any of these people?

    b. Do any of you know or have you ever heard of any of these people?

        i. (If response is yes) Would your knowledge or experience with any of these parties or organizations affect your ability to serve fairly and impartially in this case?

7. <u>Relevant Past</u>

    a. Have you or any members of your family, including brothers, sisters, parents or children, ever been the victims of criminal conduct?

        i. (If response is yes) Please explain including what the incident was, what police agency investigated, did you have to make a statement, and was the responsible party apprehended?

        ii. (If response is yes) Do you think this experience would prevent you from being fair and impartial in this case?

    b. Have you or any members of your family ever been convicted of a felony?

        i. (If response is yes) Which family member, what offense, and what was the disposition?

        ii. (If response is yes) Do you think this experience would prevent you from being fair and impartial in this case?

    c. Have you or any members of your family ever served in the capacity of law enforcement officer? By law enforcement officer, I am including not only police officers, but also employees of law enforcement agencies, military police, ICE, border patrol, DEA, ATF, etc.

        i. (If response is yes) Do you think this relationship would prevent you from being fair and impartial in this case?

    d. Have any of you or members of your family been a party or witness in any litigation (excluding domestic relations, traffic, or probate)?

i. (If response is yes) Do you think this experience would prevent you from being fair and impartial in this case?

e.    *Have any of you had any experience involving yourself, any member of your family, or any close friend that relates to the use or possession or sale of illegal drugs or narcotics?

i. (If response is yes) What type of drug or drugs, what was your reaction, what happened to the person involved with the drugs, did this person's involvement with drugs have any affect on you or your family?

ii. Do you think this experience would prevent you from being fair and impartial in this case?

f.    *Have any of you, any member of your immediate family, or any of your close friends ever been involved in a drug investigation by either law enforcement authorities or an employer, whether or not such investigation led to any charges being filed?

i. (If response is yes) Do you think this experience would prevent you from being fair and impartial in this case?

8.    Personal Views

a.    There will be witnesses called during this trial who are members of law enforcement and who may have been in that profession for a number of years. Do any of you feel that their testimony must be given greater or lesser weight solely because of their employment and experience in law enforcement?

b.    Some of the participants in this trial are ethnic minorities. Has anyone had any contact or experience with ethnic minorities which would make it difficult to render a fair and impartial verdict in this matter?

9.    Legal Knowledge and Application

a.    Do any of you or any of the members of your family have any legal training?

i. (If response is yes) Do you think this would prevent you from being fair and impartial in this case?

      b.     I will instruct you on the law at the conclusion of the case. If selected as a juror, you will take an oath to follow the law. Do any of you think you would have trouble following the law if you disagree with it?

      c.     If selected as a juror, would any of you have trouble rendering a verdict based solely on the evidence presented during the trial, setting aside any personal beliefs, opinions, or biases you might have?

      d.     In a civil case the burden of proof is a preponderance of the evidence. This is a criminal case in which the government must prove guilt beyond a reasonable doubt. Does anyone have any difficulty in holding the government to its burden?

      e.     Here are some fundamental principles of law:

1. The fact that an indictment has been filed raises no presumption whatsoever of the guilt of the defendant.
2. The United States government must satisfy you beyond a reasonable doubt of the guilt of the defendant.
3. The defendant does not have any obligation to testify or to produce any evidence and you may not draw an adverse inference if the defendant chooses not to testify.
4. The defendant is presumed to be innocent until his guilt is established beyond a reasonable doubt.
5. You must wait until all of the evidence has been presented before making up your minds as to the innocence or guilt of the defendants.

      f.     Does anyone believe that they would have any difficulty following these principles of law?

10.    <u>Easel Questions</u>

      a.     Starting with Juror Number One, please stand and answer the questions.

1. Juror number
2. The general location of your residence

        3. Length of time at current residence

        4. Education after high school, if any.  State your major.

        5. Marital status

        6. Number of children. Ages of children if under 18.

        7. Employment

           Yourself – current job and types of jobs throughout lifetime.

           Spouse – current job and types of jobs throughout lifetime.

        8. Prior jury service – civil or criminal

11.    <u>Final Questions</u>

    a.    Does anyone have any other reason whatsoever that they believe will preclude him or her from serving as a fair and impartial juror in this case?

    b.    Counsel for the government, do you have any further questions at this time?

    c.    Counsel of the defendants, do you have any further questions at this time?

12.    <u>Private Questions</u>

    a.    If a juror wishes to answer a question privately, the juror will be requested, by number, to remain in the courtroom during recess.

Respectfully submitted November 13, 2023.

        GARY M. RESTAINO
        United States Attorney
        District of Arizona

        <u>*s/ Margaret Perlmeter*</u>
        MARGARET PERLMETER
        Assistant U.S. Attorney

        <u>*s/ for Lawrence I. Kazan with permission*</u>
        LAWRENCE I. KAZAN
        Attorney for Defendant Burns

        <u>*s/ for Jason Squires with permission*</u>
        JASON SQUIRES
        Attorney for Defendant Patacky-Beghin

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Lawrence Kazan, Jason Squires.

*s/Beth Hojnacki*