Lawrence I. Kazan, State Bar No. 005456
DEBUS & KAZAN, LTD
1221 East Osborn Road, Suite 200
Phoenix, Arizona 85014
Telephone: (602) 257-8900
Facsimile: (602) 257-0723
Email: lik@debusandkazan.com
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-1507-PHX-SPL |
| Plaintiff, | **MOTION TO CONTINUE SENTENCING** |
| vs. | **(1st REQUEST)** |
| Shane Killian Burns, | (Without Objection) |
| Defendant. | (Hon. Judge Steven P. Logan) |

Defendant, Shane K. Burns, through counsel undersigned, asks this Court to reschedule the Sentencing presently set for February 5, 2024. This request is made for the reason the draft Presentence Report came out a couple of weeks late because of probation staffing issues. The parties wish for appropriate time to make their filings.

- 1 -

The Government, represented by Margaret Perlmeter, will be unavailable between March 8 – 16, 2024. It is thus requested Sentencing be rescheduled beyond those dates.

Assistant United States Attorney, Margaret Perlmeter, has been contacted reference this request and has no opposition.

**RESPECTFULLY SUBMITTED** this 19th day of January 2024.

DEBUS & KAZAN, LTD.

By_____
Lawrence I. Kazan

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2024, I electronically transmitted the attached documents to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Margaret Perlmeter, Esq.
US Attorneys Office
2 Renaissance Square
40 N Central Avenue, Suite 1800
Phoenix, Arizona 85004
Margaret.Perlmeter@usdoj.gov

By  /s/ Kelly Pierce