# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-1507-PHX-SPL |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Shane Killian Burns, et al., | |
| Defendants. | |

The Court has reviewed Defendant's First Motion to Continue Sentencing (Doc.   ). There being no objections and good cause appearing,

**IT IS ORDERED** granting Defendant's First Motion to Continue Sentencing (Doc.   ) for the reasons stated in Defendant's motion, including the parties need additional time to response to the Presentence Report.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure

- 1 -

to grant such a continuance would deny the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing Sentencing from February 5, 2024 to _____ _____ 2024 at _____ a.m./p.m.

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from _____ to _____.

Dated this _____ day of _____, 2024.

_____
Honorable Steven P. Logan
United States District Judge